UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TOMMIE PITMAN and
RICHARD PITMAN,

    Plaintiffs,

v.                                        CASE NO. 3:17cv78-MCR/EMT

KIMBERLY WEAVER and SOUTHERN
OWNERS INSURANCE COMPANY,

    Defendants.
_____/

## ORDER OF DISMISSAL

The Court has been informed that the parties have reached a settlement of this matter.  *See* ECF No. 22.  Therefore, the Court hereby **DISMISSES** the above-entitled action from the active docket of the Court.  In the event the settlement is not consummated, the Court reserves the power to reopen the case for further proceedings upon motion filed by any party within sixty (60) days of the date of this Order and a showing of good cause.  At this time, the Clerk is directed to close the file in this case for administrative purposes and all pending motions are moot.  Upon the expiration

of sixty (60) days without activity, the Clerk is directed to close the case in its entirety for all purposes.

**DONE and ORDERED** on this 23rd day of August, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**